| | | | |
|---|---|---|---|
| In the Interest of: E.L.F. | 3825 EDA 2015<br>Affirmed | 08/09/2016 | CP–51–DP–0001326–<br>2013<br>(Philadelphia) |
| Com. v. Schultz | 563 EDA 2016<br>Affirmed | 08/09/2016 | CP–45–CR–0000087–<br>2012<br>(Monroe) |
| Com. v. Zukos | 1929 MDA 2014<br>Vacated and<br>Remanded | 08/09/2016 | CP–40–SA–0000064–<br>2013<br>(Luzerne) |
| Plum Hollow Hunting Club v. Dillman | 1212 MDA 2015<br>Affirmed | 08/09/2016 | 274 of 2006–C<br>(Fulton) |
| Com. v. Griffith | 1406 MDA 2015<br>Jurisdiction<br>Retained | 08/09/2016 | CP–08–CR–0000080–<br>2013<br>(Bradford) |
| Com. v. Gillespie | 1502 MDA 2015<br>Affirmed<br>Application to<br>Withdraw as<br>Counsel<br>Granted | 08/09/2016 | CP–41–CR–0000692–<br>2011<br>(Lycoming) |
| Com. v. Siluk | 1887 MDA 2015<br>Affirmed | 08/09/2016 | CP–22–CR–0004194–<br>2001<br>CP–22–CR–0004196–<br>2001<br>CP–22–CR–0004197–<br>2001<br>CP–22–CR–0004198–<br>2001<br>CP–22–CR–0004199–<br>2001<br>(Dauphin) |
| Com. v. Whitney | 1924 MDA 2015<br>Affirmed<br>Application to<br>Withdraw as<br>Counsel<br>Granted | 08/09/2016 | CP–01–CR–0000789–<br>1997<br>(Adams) |
| K.L.B. v. J.M.W. | 2061 MDA 2015<br>Vacated and<br>Remanded | 08/09/2016 | 07–14235<br>(Berks) |
| Com. v. Hadlock | 2082 MDA 2015<br>Affirmed<br>Application to<br>Withdraw as<br>Counsel<br>Granted | 08/09/2016 | CP–01–SA–0000070–<br>2015<br>(Adams) |
| Com. v. Yeager | 2086 MDA 2015<br>Affirmed | 08/09/2016 | CP–28–CR–0000918–<br>2014<br>(Franklin) |
| Com. v. Milano | 2210 MDA 2015<br>Affirmed | 08/09/2016 | CP–01–CR–0000836–<br>2005<br>(Adams) |